UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS BRACKEN,

          Plaintiff,

v.

KING COUNTY,

          Defendant.

Case No. C16-140-JLR

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's amended complaint, defendant's motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Defendant's motion for summary judgment (Dkt. 31) is GRANTED.

    (3)    Plaintiff's amended complaint (Dkt. 6) and this action are DISMISSED with prejudice.

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

1     (4)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for
2 defendant, and to the Honorable James P. Donohue.

3     DATED this 1st day of January, 2017.

                                                                       JAMES L. ROBART
                                                                       United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2